

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 12, 2022

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Craig Major*, 22 Mag. 4155

Dear Judge Krause:

      The Government writes to request that the Court unseal the above-referenced Complaint, 22 Mag. 4155, and related arrest warrant for Defendant Craig Major, as I have been advised that the Defendant has been arrested.

                                 Respectfully submitted,

                                   DAMIAN WILLIAMS
                                   United States Attorney

By: _____
                                   Stephanie Simon
                                   Assistant United States Attorney
                                   Tel:  (914) 993-1920

SO ORDERED:

_____
HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE

Dated: May 12, 2022